JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USB Technologies, LLC, | ) | Case No. 2:16-cv-05259-BRO-GJS |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE** |
| v. | ) ) ) | |
| PNY Technologies Inc., and P.N.Y. Electronics, Inc., | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

///

///

///

Having considered the Joint Stipulation Dismissing All Claims and Counterclaims Without Prejudice submitted by the parties and good cause appearing therefore, it is hereby ordered that:

All claims asserted in this action between Plaintiff USB Technologies, LLC and Defendants PNY Technologies, Inc. and P.N.Y. Electronics, Inc. (now PNY Technologies, Inc.) are hereby dismissed without prejudice.

All counterclaims asserted in this action between Counter Claimant PNY Technologies, Inc. and Counter Defendant USB Technologies, LLC are hereby dismissed without prejudice.

All attorneys' fees and costs are to be borne by the party that incurred them.

It is further ORDERED that upon satisfaction of the relevant contingencies contained in the Settlement Agreement between USB Technologies, LLC and PNY Technologies, Inc., the parties shall file a Joint Motion to Amend this Order of Dismissal Without Prejudice to convert the dismissal of all claims asserted against Defendants to a dismissal with prejudice.

IT IS SO ORDERED.

DATED: February 22, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge